UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCHETTA LUCILLE LOTO,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 5:25-cv-02088-WLH-SSC<br><br>**JUDGMENT OF REMAND [12]** |

The Court, having approved the parties' Stipulation to Voluntary Remand pursuant to 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

DATED: 11/5/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE